UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:  Case No. 10-60696
Chapter 7

Julie Ann Frana,

*ORDER GRANTING*
Debtor. *MOTION FOR RELIEF FROM STAY*

_____

This case is before the court on the motion of Bremer Bank, N.A. seeking relief from the automatic stay of 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED: The automatic stay of 11 U.S.C. § 362 is terminated as to Bremer Bank, N.A. and Bremer Bank, N.A. is authorized to foreclose its interest in the 2005 Chrysler 300, vehicle identification number 2C3JA63H65H111326 in accordance with nonbankruptcy law.

Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: July 20, 2010

/e/ Dennis D. O'Brien
_____
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/20/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk

409411