UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re:   JULIE ANNE FRANA,        BKY. No.:   10-60696
                                  Chapter 7

                    Debtor.

                                  **ORDER TERMINATING STAY**

------------------------------------------------

This case came before the court on the motion of Mortgage Electronic Registration Systems, Inc. seeking relief from the automatic stay.

Based on the motion and the file,

IT IS ORDERED:

1.      The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which Mortgage Electronic Registration Systems, Inc., its successors or assigns, has an interest, legally described as:

   Lot Two (2) Block Three (3), Avalon Village 5,
   Stearns County, Minnesota

2.      Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.


Dated: July 20, 2010

                              /e/ Dennis D. O'Brien
                              _____
                              Dennis D. O'Brien
                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/20/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk